## Orders

### Patient Care

**Order: Copay Charge**

| | |
|---|---|
| Order Date/Time  1/22/2019 15:55 CST | |
| Order Status· Ordered | Department Status  Ordered |
| End-state Date/Time. 1/22/2019 15:55 CST | End-state Reason. |
| Ordering Physician: Gavin,MD,Eileen S. | Consulting Physician: |

Entered By: Deyoung,Kristine A on 1/22/2019 15:55 CST
Order Details· 1/22/19 3:55 00 PM CST

| Action Type: Order | Action Date/Time: 1/22/2019 15:55 CST | Electronically Signed By. Deyoung, Kristine A |
|---|---|---|

Communication Type  Nursing Protocol

**Order: Walker**

| | |
|---|---|
| Order Date/Time: 1/4/2019 13.51 CST | |
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time. 1/4/2019 13.51 CST | End-state Reason: |
| Ordering Physician: McArdle,Sandy | Consulting Physician: |

Entered By. McArdle,Sandy on 1/4/2019 13.51 CST
Order Details. 1/4/19 1:51.00 PM CST, Daily (10AM) - KOP, 365 days, Use in cell

| Action Type: Order | Action Date/Time: 1/4/2019 13:51 CST | Electronically Signed By: McArdle, Sandy |
|---|---|---|

Communication Type: Written

**Order. Wheelchair**

| | |
|---|---|
| Order Date/Time: 1/4/2019 13:48 CST | |
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 1/5/2020 07:29 CST | End-state Reason: |
| Ordering Physician: Gavin,MD,Eileen S. | Consulting Physician |

Entered By. McArdle,Sandy on 1/4/2019 13:48 CST
Order Details: 1/4/19 1'48 00 PM CST, Daily - SC, 365 days, Stop date 1/5/20 7 29 00 AM CST, Wheelchair to be used outside cell for longer distances only  wheelchair may also be used in cell for sitting until bariatric chair arrives., Distance

| Action Type: Modify | Action Date/Time: 2/12/2019 14:49 CST | Electronically Signed By: Gavin,MD, Eileen S. |
|---|---|---|

Communication Type. Written

| Action Type: Order | Action Date/Time: 1/4/2019 13.50 CST | Electronically Signed By: McArdle, Sandy |
|---|---|---|

Communication Type: Written

Patient: SHEPPARD, CHARLES        MRN/DOC: 000312596        DOB:

## Progress Notes

### Addendum by McArdle, Sandy on May 31, 2019 5:10:15 PM CDT
The patient's right foot was also assessed after it was determined that the foot had not been evaluated earlier in the day as the patient stated. Patient continues to have an area of increased pigmentation at the site where the foreign body was removed from the ball of the right foot. There is no increase warmth or redness noted. Area remains tender to touch. Area no longer requires assessment by Health Services staff. Order to discontinue the assessment of the area written. Order written for assessment by a provider in 2 weeks to be sure that remaining tenderness is resolving

*Electronically Signed on 05/31/19 05:14 PM*

McArdle, Sandy

### Subjective
Patient enters the clinic for follow up after an ER visit following an incident where he fell backwards off a chair that broke while he was sitting in it. Patient states that he continues to have problems with headache. Denies any diplopia, blurred vision, difficulty speaking or moving. No current complaint of feelings of unreality currently 2 Patient also wished to discuss his upcoming move to another location.

### Objective

#### Physical Exam
VS 139/89-85-18. HEENT Eyes: PERRLA. EOM's intact Optic discs 1 cm bilaterally. TM's dull bilaterally. Sinuses Nontender Nasal mucosa Erythematous. Oropharynx pink, no post-nasal drainage. Heart HRR, no murmur Lungs CTA Neuro: Cranial nerves 2--12 intact

#### Diagnostic Results
Review of the CT of the head was negative for fracture or signs of bleeding at the sight of the injury, and the abnormality found right posterior cerebral hemisphere was felt to be secondary to artifact

### Assessment/Plan
Encounter for medical care, Encounter for medical care

 Explained to the patient that while preparing to move, the security personnel will be sure to secure all items that are specific to the patient so that they can make sure that they go with the patient. Once he arrives, these items should be returned to him

Headache

 Reviewed use, dose, SE of medication. Will extend the availability of ice QID PRN until patient moves to his new DOC home.
Ordered:
acetaminophen/aspirin/caffeine, 1 to 2 Tablets, Oral, BID (AM/HS) - KOP for 180 days, PRN headache, First Dose: 05/30/19 15 03.00 CDT, Stop Date 11/26/19 14:02 00 CST, Form: Tab, Next Start Dispense Date: 05/30/22

Orders
Transfer Patient to Emergency Room

*Electronically Signed on 05/31/19 02 56 PM*

McArdle, Sandy

Document Type:           Progress Note Generic
Service Date/Time        5/30/2019 15 16 CDT
Result Status:           Auth (Verified)
Document Subject:        Progress/SOAP Note
Sign Information:        McArdle,Sandy L (5/30/2019 16.03 CDT)

### Subjective
Patient enters the clinic for follow up after an incident when the chair he was sitting in broke. Patient states that he struck the side of his bed with his head. He denies loss of consciousness. He states that he has noted a general feeling of unreality, also has noted some

| Patient  SHEPPARD, CHARLES | MRN/DOC: 000312596 | DOB: |

## Orders

### Patient Care

**Order: Wheelchair**

| | |
|---|---|
| Order Date/Time: 5/16/2019 21:34 CDT | |
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 5/15/2020 21:33 CDT | End-state Reason: |
| Ordering Physician: Gavin,MD,Eileen S. | Consulting Physician: |
| Entered By: Gavin,MD,Eileen S. on 5/16/2019 21:34 CDT | |
| Order Details: 5/16/19 9:34:00 PM CDT, 365 days, Stop date 5/15/20 9:33:00 PM CDT, Constant order, Distance | |
| Action Type: Order | Action Date/Time: 5/16/2019 21:35 CDT  Electronically Signed By: Gavin,MD, Eileen S. |
| Communication Type: Written | |

**Order: Recreation Restrictions**

| | |
|---|---|
| Order Date/Time: 5/9/2019 17:51 CDT | |
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 11/5/2019 17:50 CST | End-state Reason: |
| Ordering Physician: Gavin,MD,Eileen S. | Consulting Physician: |
| Entered By: Gavin,MD,Eileen S. on 5/9/2019 17:51 CDT | |
| Order Details: 5/9/19 5:51:00 PM CDT, 180 days, PRN, BID (AM/PM) - SC | |
| Action Type: Order | Action Date/Time: 5/9/2019 17:53 CDT  Electronically Signed By: Gavin,MD, Eileen S. |
| Communication Type: Written | |

**Order: Blood Pressure**

| | |
|---|---|
| Order Date/Time: 4/3/2019 12:20 CDT | |
| Order Status: Completed | Department Status: Completed |
| End-state Date/Time: 4/10/2019 14:16 CDT | End-state Reason: |
| Ordering Physician: | Consulting Physician: |
| Entered By: Martin,Sarah J on 4/3/2019 12:20 CDT | |
| Order Details: 4/10/19 9:15:00 AM CDT, BP 4/4 | |
| Action Type: Complete | Action Date/Time: 4/10/2019 14:16 CDT  Electronically Signed By: Grochowski, Rose M |
| Communication Type: | |
| Action Type: Activate | Action Date/Time: 4/10/2019 14:16 CDT  Electronically Signed By: Grochowski, Rose M |
| Communication Type: | |
| Action Type: Order | Action Date/Time: 4/3/2019 12:20 CDT  Electronically Signed By: Martin,Sarah J |
| Communication Type: | |