Check-List:
1. Single-Sided
2. No staples
3. Not Torn/Folded/Damaged

UNIT: D-60

# E-Filing Coversheet

## United States Eastern and Western District Courts

A separate coversheet must be completed for each Court and Case being filed.

Date: 10-1-21

Number of Pages: 1

Name: Charles Sheppard

DOC #: 312596

Court Case Name: Sheppard v. Ludwig

Court Case Number: 19-CV-1401

Circle One: (Eastern District)    Western District

Inmate Signature: Charles Sheppard    Date: 10-1-21

## Below for Staff Use Only

E-File Received:    Date: 10-1-21    Time: 1:15 pm

Scanned:    Date: 10-2-21    Time: 7:50 AM

Emailed to Court:    Date: _____    Time: _____

Received and Printed NEF:    Date: _____    Time: _____

Staff Signature: _____    Date: _____

Revised: 3-18-2021

Regarding Case # 19-cv-1401 Sheppard v. Ludwig:

Dear Judge Mancy Joseph as you know the 7th Circuit returned this case to you based on my appeal. Now I had a zoom meeting with you and the DOJ on this case on 8-20-21 and we both agreed to a mediation and you said that you'd recruit counsel for me on my behalf for that mediation. I wanted to check on the status of that attorney recruitment #1 but, I also wanted to know if you can send me something in writing verifying that you're trying to recruit counsel for me for mediation and stating that the DOJ on this case said he's willing to try and reach a settlement to this case?

I want this paperwork from you for my own records but, also I'd like to shop around your order from 8-20-21 to other lawyers to see if their willing to represent me probono maybe it'll expedite finding me a lawyer. Alot of lawyers say that if a inmate has something in writing from a judge saying they need representation they'd be willing to help out. So thats why I'd like to have something in writing from you Judge Joseph to show other lawyers.

Thank You for your time and patience.

Respectfully, Charles Sheppard

Dated this 1st day of October 2021.