IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CHARLES SHEPPARD

    Plaintiff,

v.                            Case No. 19-CV-1401

JANN BRITT,

    Defendant.

## STIPULATION FOR DIMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Charles Sheppard and Defendant Jann Britt, hereby stipulate and agree that all claims against the Defendant in the above-captioned case should be dismissed on the merits and with prejudice, without an award of costs to any party, and without further notice.

Date: 5/3/22

                        Drew J. DeVinney
                        Attorney for Plaintiff

Date: 5/4/2022

                        s/Kevin Grzebielski
                        Kevin Grzebielski
                        Attorney for Defendant